IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated, | : No: 2:19-CV-03586-JHS |
| Plaintiff, | : Hon. Joel H. Slomsky |
| v. | : |
| DOWNS RACING, LP, | : ELECTRONICALLY FILED |
| Defendant. | |

**JOINT STIPULATION OF DISMISSL UNDER RULE 41(A)(1)(A)(II)**

Plaintiff John Mahoney, by and through his undersigned counsel, and Defendant Downs Racing, LP, by and through its undersigned counsel, hereby jointly stipulate, agree, and consent to the dismissal of all claims asserted in the Complaint (Dkt. No. 1), with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each Party shall bear his or its own costs and expenses incurred in connection with this action.

GLANZBERG TOBIA & ASSOCIATES PC

By: /s/ David S. Glanzberg
    David S. Glanzberg (PA I.D. No. 50820)
    123 South Broad Street, Suite 1640
    Philadelphia, PA 19109
    Tele: (215) 981-5400
    Email: dglanzberg@aol.com

*Attorneys for Plaintiff John Mahoney*

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: /s/ Casey A. Coyle
    Casey A. Coyle, Esquire (PA I.D. No. 307712)
    213 Market Street, 8th Floor
    Harrisburg, PA 17101
    Tele: (717) 237-6019
    Email: ccoyle@eckertseamans.com

*Attorneys for Defendant Downs Racing, LP*

Date: December 31, 2019

APPROVED AND SO ORDERED:
JANUARY 28, 2020:

/s/ Joel Slomsky, J.